# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.  ltrust@osbornlawpc.com

January 9, 2025

> **MEMO ENDORSED**
>
> *[signature]*
>
> **HON. VALERIE FIGUEREDO**
> **UNITED STATES MAGISTRATE JUDGE**
>
> **Dated:** 1/10/25
>
> The extensions requested herein are GRANTED. The Court hereby adopts the parties' proposed schedule.

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Quintana v. Commissioner of Social Security*
Civil Action No. 1:24-cv-07840-VF

Dear Judge Figueredo,

We write on behalf of our client, George L. Quintana, with the consent of the defense, to request a n extension to file his motion for judgment on the pleadings which is currently due on January 15, 2025, per the Court's October 17, 2024 Standing Scheduling Order. This is the parties' first request for an extension. The Plaintiff requests this extension due to a heavy caseload in the following weeks.

After conferring with the defendant, the parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **April 15, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **July 14, 2025**; and

- Plaintiff to file his reply, if any, on or before: **July 28, 2025.**

Honorable Valerie Figueredo
January 9, 2025
Page Two

Thank you for your consideration of this request.

                        Respectfully submitted,

                        s/Daniel A. Osborn
                        Daniel A. Osborn
                        OSBORN LAW, P.C.
                        43 West 43rd Street, Suite 131
                        New York, New York 10036
                        Telephone:    212-725-9800
                        Facsimile:     212-500-5115
                        dosborn@osbornlawpc.com

cc: Candace Brown Casey, Esq. (by ECF)