# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

GEORGE L. QUINTANA,

                                Plaintiff,                        24 **CIVIL** 7840 (VF)

                -against-                                **JUDGMENT**

  COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

-------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2026, Plaintiff's motion for judgment on the pleadings is GRANTED, and this case is REMANDED for further administrative proceedings consistent with this order; accordingly, the case is closed.

**Dated:** New York, New York

       March 31, 2026

                                     **TAMMI M. HELLWIG**

                                      _____

                                    **Clerk of Court**

             **BY:**     _____

                                **Deputy Clerk**